STATE OF NEW JERSEY v. ONE 1986 SUBARU, N.J. REG. AXB–13X, SERIAL NO. JF1AX45B3GB302047.

May 2, 1989.

Petition for certification granted. (See 230 *N.J.Super.* 451).

RIBEIRA & LOURENCO CONCRETE CONSTRUCTION, INC. v. JACKSON HEALTH CARE ASSOCIATES, ET AL.

May 2, 1989.

Petition for certification granted. (See 231 *N.J.Super.* 16).

LEROY NAPPER v. HOWARD L. BEYER, SUPERINTENDENT OF TRENTON STATE PRISON.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALEJANDRO ALVIZ.

May 2, 1989.

Petition for certification denied.